PENNSYLVANIA STEEL CO. et al. v. NEW YORK CITY RY. CO. et al.
(nine cases).

(Circuit Court of Appeals, Second Circuit. July 18, 1912.)

Nos. 233–242.

Appeals from the Circuit Court of the United States for the Southern District of New York.

Suits in equity by the Pennsylvania Steel Company and another against the New York City Railway Company, the Metropolitan Street Railway Company, and others, and by the Central Trust Company of New York against the Third Avenue Railroad Company and others. Various appeals from decrees and orders of the circuit court involve the following questions: (1) Termination of lease; (2) validity of lease; (3) apportionment proceedings; (4) Hemphill committee claim; (5) Central Crosstown Company claim; (6) New York City Railway advance for tort damages; (7) prorating fixed charges; (8) Metropolitan stockholders' dividend claim; (9) corporation income tax. In the matter of costs.

See, also, 198 Fed. 721, 772, 774, 778.

Before COXE, WARD, and NOYES, Circuit Judges.

PER CURIAM. We are informed that the receivers of the New York City Railway Company and of the Metropolitan Street Railway Company have united in paying for the printing and certification of the records in these cases, each party paying one-half. In view of this fact, we are of the opinion that no costs should be awarded in this court. If, however, any of the successful parties desire to submit special reasons why costs should be awarded to them, they may present their views in a brief printed memorandum within 10 days after the date of filing our opinions.